Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEXTER JORGENSEN, <br><br> Defendant. | NO. CR18-172RSL <br><br> [~~PROPOSED~~] PROTECTIVE ORDER |

This matter coming before the Court on an Unopposed Motion for Entry of Protective Order, the Court hereby enters the following order:

Certain discovery material to be produced in this case may contain confidential business, product and pricing information ("confidential material"). The government will identify by bates number the discovery material constituting confidential material at the time of production.

Possession of any confidential material produced by the government in this case is limited to the defendant, attorneys of record in the case, their staff, their investigators, and experts ("authorized persons"). Further, prior to disseminating any copies of the confidential material to permitted recipients, such as experts, the defense team must provide a copy of this Protective Order to those permitted recipients, and obtain the consent by those recipients to the terms and conditions of this Protective Order.

[~~Proposed~~] Protective Order/ - 1
U.S. v. Jorgensen, CR18-172RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The authorized persons may not provide copies of the confidential material to any other persons.

This order does not prohibit the authorized persons from discussing the confidential material with, or showing the confidential material to, any prospective witness, so long as only the authorized persons maintain possession of the confidential material.

Nothing in this order should be construed as imposing any discovery obligation on the government or the Defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

The provisions of this Order shall not terminate at the conclusion of this prosecution.

This Protective Order may be modified, as necessary, by Stipulated Motion or otherwise.

Dated this 10th day of August, 2018.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s/ Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

[Proposed] Protective Order/ - 2
U.S. v. Jorgensen, CR18-172RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970