The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEXTER JORGENSEN,<br><br>Defendant. | No. CR18-172 RSL<br><br>[~~PROPOSED~~]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit to the United States Defendant Dexter Jorgensen's interest in the following property:

- A judgment for a sum of money in the amount of $336,608.23, representing property, real or personal, that constitutes or is derived from proceeds traceable to the offense charged in Count 6 of the Indictment.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The Defendant was charged by an Indictment that included a forfeiture allegation providing notice that the United States was seeking, pursuant to

Order of Forfeiture - 1
*United States v. Jorgensen*, CR18-172 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the forfeiture of a judgment for a sum of money representing any property that constitutes or is derived from proceeds traceable to the offense set forth in Count 6 of the Indictment (Conspiracy to Transport Property Taken by Fraud in Interstate Commerce, in violation of 18 U.S.C. § 371), (Dkt. No. 1, ¶¶ 18–19);

- Pursuant to the Plea Agreement, the Defendant agreed to forfeit his interest in the above-described judgment for a sum of money, (Dkt. No. 23, ¶ 6);
- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(B); and
- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

///
///
///

Order of Forfeiture - 2
*United States v. Jorgensen*, CR18-172 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money in whole or in part, the United States may move to amend this order, at any time, to substitute property having a value not to exceed $336,608.23; and

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

DATED this 30th day of April, 2019.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Neal B. Christiansen*
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
E-Mail: Neal.Christiansen2@usdoj.gov

Order of Forfeiture - 3
*United States v. Jorgensen,* CR18-172 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970