UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEXTER JORGENSEN,<br><br>Defendant. | Case No. CR18-172-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF PROBATION |

This matter comes before the Court on defendant's motion for early termination of probation. Dkt. # 57. On January 10, 2019, defendant pled guilty to conspiracy to transport property taken by fraud in interstate commerce, in violation of 18 U.S.C. § 371. Dkt. # 23. On May 21, 2019, the Court sentenced defendant to three years of probation and ordered him to pay restitution of $216,461.26. Dkt. # 46. The U.S. District Court for the District of South Dakota accepted jurisdiction over defendant on April 21, 2020. Dkt. # 61. Because this Court lacks jurisdiction over this matter, defendant's motion for early termination of probation (Dkt. # 57) is DENIED without prejudice to defendant refiling in the proper district.

IT IS SO ORDERED.

ORDER DENYING MOTION FOR
TERMINATION OF PROBATION - 1

1 | DATED this 22nd day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
TERMINATION OF PROBATION - 2